The U.S. District Court for the District of Colorado

Herbert Lind Smith
3536 S. Norfolk Way, Aurora, Colorado, 80013
Versus
Donald Trump and J.D. Vance

GRIEVANCE

In accordance with my first amendment right to petition this government for redress of my grievance I state the following.

1. On January 6th, 2021 Donald Trump engaged in insurrection.

2. Since January 6th, 2021 Donald Trump and J.D. Vance have given aid and comfort to the insurrectionists. Most recently they have pardoned those who pled guilty or been found guilty of insurrection.

3. The 14th Amendment forbids the defendants from holding their respective offices. Therefore I demand that Donald Trump and J.D. Vance be declared illegitimate holders of their office and removed there from.

I request a refund of my filing cost.

*Herbert Lind Smith*
Herbert Lind Smith

Herbert Lind Smith

US District court for Colorado